**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **INTERNATIONAL PROCESSPLANTS AND EQUIPMENT CORP.,**<br>            **Plaintiff,**<br><br>            **v.**<br><br>**FIRST STANDARD ASURETY, LLLP; DAVID HARRIS; METRO INDUSTRIAL WRECKING & ENVIRONMENTAL CONTRACTORS, INC.; MIWEC ASSET RECOVERY, INC.; RINO ROTONDO; AMERICAN EAGLE SERVICES GROUP, INC.; and PAUL MAUCHA,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-01630** |

## O R D E R

   **AND NOW**, this 6th day of March, 2025, upon consideration of Defendants FSA, Harris, Rotondo, Metro, and MIWEC's Motions to Dismiss (ECF No. 36, 40), IPP's Responses, and the Replies thereto, **IT IS ORDERED** as follows:

1.  FSA/Harris's Motion to Dismiss (ECF No. 36) is **DENIED.** Defendants FSA and Harris must file an answer within **21 days** of this Order.

2.  Defendant Rotondo's Motion to Vacate the Default (ECF No. 40) is **DENIED.**

3.  Metro/MIWEC's Motion to Dismiss for Improper Venue, or to Transfer (ECF No. 40) is **DENIED.**

4.  Metro/MIWEC's Motion to Dismiss the RICO claims (Count I) and Fraudulent Inducement Claim (Count II) is **GRANTED.** Count I and Count II are **DISMISSED WITHOUT PREJUDICE.** IPP may amend its complaint as to these claims within **21 days** of this Order. If an amended complaint is filed, Defendants shall have **14 days** to respond.

5. Metro/MIWEC's Motion to Dismiss the Conversion Claim (Count III) is **GRANTED.**

   Count III is **DISMISSED WITH PREJUDICE.**

                                    **BY THE COURT:**

                                    **/s/ Hon. Kelley B. Hodge**
                                    _____
                                       **HODGE, KELLEY B., J.**